

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   Tel.: (315) 448-0672
*James M. Hanley Federal Building*           Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

August 15, 2023

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

    Re:    U.S. v. Joseph Morelli
              3:22-CR-115 (BKS)

Dear Chief Judge Sannes,

    The sentencing in this case is scheduled for August 24, 2023, in Syracuse. The parties have filed several documents relating to the victim's request for restitution. If the Court is going to hold a restitution hearing with testimony from witnesses, the United States will likely call a member of the victim's Congressional Staff. This individual works in the District of Columbia and can be available, but will need some advance notice to travel to Court in Syracuse.

    Based upon the forgoing, we respectfully request that if the Court wishes testimony on restitution issues on the scheduled date for sentencing, or at some other time, that some notice be provided to permit the United States to get its witnesses to Syracuse.

                            Respectfully,

                            CARLA B. FREEDMAN
                            United States Attorney

By:    _____
        Richard R. Southwick
        Assistant United States Attorney
        Bar Roll No. 506265