Prob 12B
(rev. 09/21)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Morelli                              Case Number: 0206 3:22CR00115-001

Name of Sentencing Judicial Officer: Honorable Brenda K. Sannes, Chief U.S. District Judge

Date of Original Sentence: August 24, 2023

Original Offense: 3 counts of Interstate Threatening Communications

Original Sentence: 3 months imprisonment on each count, with 3 years supervised release, to run concurrently

Type of Supervision:  Supervised Release            Date Supervision Commenced: December 22, 2023

---

## PETITIONING THE COURT

☐    To extend the term of supervision for ___ years, for a total of ___ years.

☒    **To modify the conditions of supervision as follows:**

ADD:

You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you.  Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

You must provide the probation officer with access to any requested financial information.

## CAUSE

These conditions are being recommended by the U.S. Probation Office in consideration of the defendant's instant offense conduct and their personal characteristics. This condition serves the statutory sentencing purposes of deterrence, public protection, and rehabilitation, pursuant to 18 U.S.C. §§ 3553(a)(2)(B) - (D). These conditions enable the probation officer to satisfy the statutory requirements to: keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant and bring about improvements in their conduct and condition, pursuant to 18 U.S.C. §§ 3603(2)-(3).

In consideration of Morelli's criminal history that includes the current conviction and additional convictions for harassment, all of which were carried out using a telephone, a search condition may serve to deter further criminal

Prob 12B
(rev. 09/21)

conduct and permit a probation officer to intervene quickly when reasonable suspicion exists that a defendant has engaged in criminal conduct or otherwise violated a condition of supervision. Notably, Morelli has had substantial contact with law enforcement relating to harassment of family members, a judge, and an attorney, using a phone and computer.

A condition for financial disclosure will assist the probation office in making determination regarding the defendant's ability to pay toward his financial obligations; treatment; and monitoring expenses such as location/computer monitoring, if applicable.

The defendant is agreeable with this modification and has signed Probation Form 49, Waiver of Hearing to Modify Conditions. If the Court agrees with this proposed modification, Probation Form 12B and Probation form 49 will need to be filed with the Clerk's Office.

Respectfully submitted,

Executed on:   January 30, 2024

Submitted by:   Jeff Clinton
U.S. Probation Officer

Approved by:   William Parker
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

☐   No Action
☐   The Extension of Supervision as Noted Above
☒   The Modification of Conditions as Noted Above
☐   Other

Brenda K Sannes
Signature of Judicial Officer

February 1, 2024
Date

PROB 49
(Rev. 6/10)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Waiver of Hearing to Modify Conditions
## or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I agree to the following modification of my conditions or to the proposed extension of my term of supervision.

You must provide the probation officer with access to any requested financial information.

You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

Witness: _____  Signed: _____
U.S. Probation Officer                          Client

                                                 1/27/24
                                                 Date